Jose R. Garay, State Bar No. 200494
Jose Garay, A LAW CORPORATION
2030 Main Street, Thirteenth Floor
Irvine, CA 92614
Telephone:   949-260-9193/Facsimile:  949-260-9194

Roger R. Carter, State Bar No. 140196
THE CARTER LAW FIRM
2030 Main Street, Thirteenth Floor
Irvine, CA 92614
Telephone:   949-260-4737/Facsimile:  949-260-4754

Attorneys for Plaintiff

Susan H. Roos, State Bar No. 107278
Kent J. Sprinkle, State Bar No. 226971
COOK & ROOS, LLP
221 Main Street, Suite 1600
San Francisco, CA 94105
Telephone:   415-362-7071/Facsimile:  415-362-7073

Attorneys for Defendant, Service America Courier Corporation

John E. Lattin, IV, State Bar No. 167876
Christopher J. Boman, State Bar No. 198798
FISHER & PHILLIPS LLP
18400 Von Karman Avenue, Suite 400
Irvine, CA  92612
Telephone:   949-851-2424/Facsimile:  949-851-0152

Attorneys for Defendants, Airborne Express, Inc. and DHL Express (USA) Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL RIOS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AIRBORNE EXPRESS, INC., a Delaware corporation, SERVICE AMERICA COURIER CORP., a Florida Corporation, and DOES 1 through 500, inclusive<br><br>Defendants. | Case No.: C05-02092 VRW<br>(Related Case:  C05-02203 VRW)<br><br>**STIPULATION AND JOINT REQUEST FOR EXTENSION OF TIME TO COMPLETE ENE AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER GRANTING REQUEST**<br><br>Courtroom: 6, Honorable Vaughn R. Walker<br>Trial Date:  None Set |

RIOS v. AIRBORNE EXPRESS, et al.
CASE NO. C05-02092 VRW ("Rios I")                     1

JOINT REQUEST AND STIPULATION
[PROPOSED] ORDER GRANTING REQUEST

1  THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD,
2  STIPULATE TO THE FOLLOWING, AND REQUEST THAT THE COURT ADOPT IT AS
3  AN ORDER:
4  　　The parties hereby request that the Court grant an extension of time for the parties to
5  complete the Early Neutral Evaluation ("ENE") session in this matter, and in Related Case No.
6  C-05-02203. The parties make this joint request for the following reasons:
7  　　The parties have complied with the Court's Minute Order following the October 11,
8  2005 Case Management Conference and have scheduled an ENE session before Evaluator
9  Charles Farnsworth, Esq. pursuant to the Court's instructions and in advance of the deadlines set
10 forth in ADR Local Rule 5-4 and 5-5. However, the parties have been engaged in productive
11 settlement negotiations during recent weeks and such efforts are continuing. In light of these
12 developments, the parties request an extension of time to complete the ENE session to allow for
13 continued settlement negotiations and in hopes of reaching a settlement before such a session
14 and any further litigation is needed. All parties concur in this request. The Evaluator is not
15 opposed to the extension of time and has already provided the parties with other available dates
16 should a settlement not be reached. In order to allow the parties an opportunity to continue to
17 work toward a possible settlement in this matter before incurring further litigation costs, the
18 parties hereby request that they be permitted until February 28, 2006 to complete the ENE
19 session, if necessary.
20 　　The parties further request that the Court grant a continuance of the next case
21 management conference before this Court, presently scheduled for January 31, 2006, for a date
22 later than February 28, 2006 to allow the parties to complete the ENE session in advance of the
23 case management conference. All parties concur in this request.
24 ///
25 ///
26 ///
27 ///
28 ///

1  SO STIPULATED.
2  Dated: _____.

3       JOSE GARAY, APLC
        THE CARTER LAW FIRM
4
5
6       By: _____
                Jose Garay
7               Attorneys for Plaintiff

8  Dated: 12/15/05 .
9
        COOK & ROOS LLP
10
11
12      By: /s/ Kent J. Sp___
                Susan H. Roos
                Kent J. Sprinkle
13      Attorneys for Defendant Service America Corp.
14
15 Dated: _____.
16
        FISHER & PHILLIPS LLP
17
18
19      By: _____
                John E. Lattin, IV
                Christopher J. Boman
20      Attorneys for Defendant Airborne Express, Inc.
21
22
23
24
25
26
27
28

1  SO STIPULATED.
2  Dated: _____.
3
4                                              JOSE GARAY, APLC
                                               THE CARTER LAW FIRM
5
6                                              By: _____
                                                          Jose Garay
7                                                    Attorneys for Plaintiff
8  Dated: _____.
9
10                                             COOK & ROOS LLP
11
12                                             By: _____
                                                          Susan H. Roos
13                                                      Kent J. Sprinkle
                                               Attorneys for Defendant Service America Corp.
14
15 Dated: 12/5/05 _____.
16
                                               FISHER & PHILLIPS LLP
17
18
                                               By: _____
19                                                      John E. Lattin, IV
                                                        Christopher J. Boman
20                                             Attorneys for Defendant Airborne Express, Inc.
21
22
23
24
25
26
27
28

1  SO STIPULATED.
2  Dated: 12/15/05 .

        JOSE GARAY, APLC
        THE CARTER LAW FIRM

        By: _____
               Jose Garay
            Attorneys for Plaintiff

8  Dated: _____.

        COOK & ROOS LLP

        By: _____
             Susan H. Roos
            Kent J. Sprinkle
    Attorneys for Defendant Service America Corp.

15  Dated: _____.

        FISHER & PHILLIPS LLP

        By: _____
            John E. Lattin, IV
          Christopher J. Boman
    Attorneys for Defendant Airborne Express, Inc.

RIOS v. AIRBORNE EXPRESS, et al.
CASE NO. C05-02092 VRW ("Rios I")

3

JOINT REQUEST AND STIPULATION
[PROPOSED] ORDER GRANTING REQUEST

## COURT ORDER

GOOD CAUSE APPEARING, THE PARTIES' REQUEST IS GRANTED. THE PARTIES HAVE UNTIL FEBRUARY 28, 2006 TO COMPLETE THE ENE SESSION AND THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 31, 2006 IS HEREBY RESCHEDULED FOR April 4, 2006 at 9:00 am 2006.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: December 27, 2005



Judge Vaughn R Walker

P121405 Stip&Order ENE.doc (Rios I)

---

RIOS v. AIRBORNE EXPRESS, et al.
CASE NO. C05-02092 VRW ("Rios I")         4         JOINT REQUEST AND STIPULATION
[PROPOSED] ORDER GRANTING REQUEST

Case Name: <u>Juvenal Rios, et al. v. Airborne Express, Inc., et al.</u>
Case No: C05-02092 VRW

PROOF OF SERVICE BY FACSIMILE AND U.S. MAIL

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18, and not a party to the action. I am employed in the City and County of San Francisco, State of California, in which county the within-mentioned mailing occurred. My business address is that of Cook & Roos LLP, 221 Main Street, Suite 1600, San Francisco, California 94105. I am readily familiar with the business practices of Cook & Roos LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day it is collected and processed by Cook & Roos LLP in the ordinary course of business.

On December 15, 2005, at the offices of Cook & Roos LLP, 221 Main Street, Suite 1600, San Francisco, California 94105, I served the following document(s):

**STIPULATION AND JOINT REQUEST FOR EXTENSION OF TIME TO COMPLETE ENE AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER GRANTING REQUEST**

by facsimile transmission and by placing a true copy thereof in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Charles E. Farnsworth
Law Offices of Charles E. Farnsworth
7677 Oakport Street, Suite 565
Oakland, CA 94621
Facsimile:     510-635-1516

and by sealing the envelopes and placing them for collection and mailing with postage thereon fully prepaid in accordance with the ordinary business practices of Cook & Roos LLP.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 15, 2005, at San Francisco, California.

_____
Sandra Savage

posfax&mail.wpd

PROOF OF SERVICE BY FAX AND U.S. MAIL