United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL RIOS, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v<br><br>AIRBORNE EXPRESS INC, et al,<br><br>      Defendants.<br>_____/ | No   C-05-2092 VRW<br><br>Related to case no<br>C-05-2203 VRW<br><br>ORDER |

  Juvanal Rios, class representative in this putative class action, has filed notices of voluntary dismissal pursuant to FRCP 41(a)(1).  Doc #75 of 05-2092; Doc #62 of 05-2203.

  On August 11, 2006, the court ordered Rios to submit an application supporting his request for the court's approval of voluntary dismissal pursuant to FRCP 41(a)(1), Doc #63, which he submitted on August 31, 2006.  Doc #64.

//

//

To provide the court further assurance that the parties did not compromise the class claim to the pecuniary advantage of plaintiff or his counsel, the court ORDERS plaintiff to submit the parties' settlement agreement under seal on or before October 3, 2006, for the court to review in camera.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge